AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| DANE NICHOLAS HUGHES | ) | Case No. 1:19cr57 |
| | ) | |
| _____ | ) | |
| Defendant | ) | |

*Second Superseding Indictment*

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: U.S. District Court 401 Courthouse Square Alexandria, VA 22314 | Courtroom No.: 1000 - Judge O'Grady |
|---|---|
| | Date and Time: 5/8/19 @ 9:00 A.M. |

This offense is briefly described as follows:

Conspiracy to Distribute Cocaine and Marijuana, et al.
(Violation of Title 21, United States Code, Sections 841 and 846)

Maintaining Drug-Involved Premises
(Violation of Title 21, United States Code, Section 856)

Date: 4/19/2019

COPY

Issuing officer's signature

Paulina A. Miller, Deputy Clerk
Printed name and title

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☐ Returned this summons unexecuted

Date: _____

_____
Server's signature

_____
Printed name and title