AO 442 (Rev. 11/11) Arrest Warrant

FID# 9639892

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

MAY – 7 2019

United States of America
v.

JOSEPH DUK-HYUN LAMBORN

)
)
)
)
)
)
)

Case No.   1:19-MJ-184

**UNDER SEAL**

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JOSEPH DUK-HYUN LAMBORN ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute 100 Kilograms or More of Marijuana, a Schedule I Controlled Substance in Violation of Title 21, United States Code, Sections 841 and 846

Using and Carrying a Firearm During and in Relation to a Drug Trafficking Office, in Violation of Title 18, United States Code, Section 924(c)

Date: April 17, 2019

/s/
John F. Anderson
United States Magistrate Judge
*Issuing officer's signature*

City and state: Alexandria, VA

*Printed name and title*

### Return

This warrant was received on *(date)* 4/25/19 , and the person was arrested on *(date)* 4/25/19

at *(city and state)* Los Angeles, CA

Date: 4/25/19

*Arresting officer's signature*

*Printed name and title*

FOR CA