TYPE OF HEARING: RS/DH
CASE NUMBER: 1:19CR57
MAGISTRATE JUDGE: <u>Ivan D. Davis</u>
DATE: <u>5/7/2019</u>
TIME: <u>2:00 p.m.</u>
TAPE: <u>FTR RECORDER</u>
DEPUTY CLERK: <u>Laura Guerra</u>

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

<u>Joseph Duk-Hyun Lamborn</u>

GOVT. ATTY: <u>Carina Cuellar</u>

DEFT'S ATTY: <u>w/o counsel</u>

DUTY AFPD:_____

INTERPRETER/LANGUAGE_____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (X)
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )
<u>CJA counsel not present.</u>
_____
_____
_____
_____
_____

BOND:
<u>Gov't is seeking detention-Granted up to and</u>
<u>through 5/17/2019.</u>
(X) DEFT IS REMANED TO THE CUSTODY OF THE USMS DUE TO
(X) RISK OF NON APPEARANCE (X) SAFETY OF THE COMMUNITY
( ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO
DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

NEXT COURT APPEARANCE _____ TIME _____
_____

5min