# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

MARK S. DAVIS
CHIEF JUDGE

July 3, 2019

**Joseph Lamborn   #181920**
2001 Mill Road
Unit 2D – Cell 07
Alexandria, VA   22314

RE: 1:19-CR-57-5  Letter of Request received July 3rd, 2019 requesting copies of documents

Dear Mr. Lamborn,

The Clerk's Office is in receipt of the above referenced letter of request in the above case number. Please be advised that the Court does not usually provide parties or other persons with free copies of filed pleadings or portions thereof, however, I have enclosed as a courtesy a copy of the docket sheet you have requested.  We do not provide copies of the Arrest Warrant unless otherwise ordered by the Judge.

Thank You,

Deputy Clerk