IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.  1:19cr57 |
| | ) |
| JOSEPH DUK-HYUN LAMBORN | ) |

Motion to Appoint New Counsel

Defendant Joseph Duk-Hyun Lamborn, by and through counsel, moves this Court for the appointment of new counsel. Communication between defendant and counsel have broken down and the relationship has become untenable.  Defendant refuses to communicate with counsel and it is in the defendant's best interest to have new counsel appointed.  The trial date is tentatively scheduled for February so new counsel will have sufficient time to review discovery and to prepare for trial.

For these reasons, the defendant asks the Court to appoint new counsel to represent him and counsel concurs.

Respectfully submitted,

Joseph Duk-Hyun Lamborn
By Counsel

_____/s/_____
Alan H. Yamamoto VSB #25872
Attorney for Joseph Duk-Hyun Lamborn
Law Offices of Alan H. Yamamoto
643 S. Washington Street
Alexandria, Virginia  22314
Phone:  (703) 684-4700
Fax: (703) 684-6643
yamamoto.law@verizon.net

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 16, 2019, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James L. Trump, Esq.
Carina Cuellar, Esq.
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia  22314

_____/s/_____
Alan H. Yamamoto   VSB #25872
Attorney for Joseph Duk-Hyun Lamborn
Law Offices of Alan H. Yamamoto
643 S. Washington Street
Alexandria, Virginia  22314
Phone:  (703) 684-4700
Fax: (703) 684-6643
yamamoto.law@verizon.net