UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,    )
                             )
        v.                   )
                             )    Case No. 1:19-cr-0057 (LO)
JOSEPH DUK-HYUN LAMBORN,      )
                             )
              Defendant.     )

## MOTION TO WITHDRAW AS COUNSEL

Comes now the Defendant, Joseph Duk-Hyun Lamborn, by counsel, and moves this Court to permit him leave to withdraw as counsel. Counsel represents there are irreconcilable differences which prevents effective representation.  This motion is made at the request of the Defendant, Mr. Lamborn.

Respectfully submitted,

JOSEPH DUK-HYUN LAMBORN
By Counsel

/s/ Pleasant Brodnax
Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, NW
Suite 200
Washington, D.C., 20006
(202) 462-1100
pleasant.brodnax@gmail.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed by CM/ECF on the 5th day of April 2022, which will send a notification of such filing (NEF) to counsel of record.

/s/ Pleasant Brodnax
Pleasant S. Brodnax, III